

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00109-CV

Gerald E. **MEYER**,
Appellant

v.

Diemanh Thi **VAN** and Hung Van Nguyen,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1096-CV-A
Honorable Dwight E. Peschel, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: March 11, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM